IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

|  |  |
|---|---|
| ALLIED INTERNATIONAL CORP. OF VIRGINIA,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:12-cv-00540-LO-JFA<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, August 24, 2012 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant New England Confectionery Company, Inc. will bring on for hearing its Motion to Dismiss for Lack of Personal Jurisdiction and, In the Alternative, to Transfer Venue.

                                              Respectfully submitted,

                                              NEW ENGLAND CONFECTIONERY
                                              COMPANY, INC.
                                              By its attorneys,


                                              /s/ Paige Levy Smith
                                              Paige Levy Smith, VSB #39093
                                              Sands Anderson PC
                                              1497 Chain Bridge Road, Suite 202
                                              McLean, VA 22101
                                              Phone: 703-893-3600
                                              Fax: 703-893-8484
Dated: July 27, 2012                         PLevySmith@sandsanderson.com

4815-4309-5312.1

Of Counsel:
Thomas T. Reith, BBO # 648671
treith@burnslev.com
Elizabeth Brady Murillo, BBO # 661397
emurillo@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Phone: 617-345-3000
Fax: 617-345-3299

*(Pro Hac Vice Applications Pending)*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 27, 2012.

/s/ Paige Levy Smith
Paige Levy Smith, VSB #39093